IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bob Tragni, et al., | NO. C 07-02225 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Freeway Electric, Inc., | |
| Defendant. | |

In light of Plaintiffs' Motion for Entry of Default and the Clerk's Entry of Default (docket item nos. 8, 9), the Court VACATES the Case Management Conference presently Scheduled for October 29, 2007.

Dated: October 22, 2007

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Sue Campbell suecampbell@att.net

3

4 **Dated: October 22, 2007**                                    **Richard W. Wieking, Clerk**

5                                                                **By:     /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
6                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California