IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bob Tragni, et al., | NO. C 07-02225 JW |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| Freeway Electric, Inc., | |
| Defendant. | |

On October 11, 2007, Plaintiffs filed a Motion for Entry of Default. (Docket Item No. 8.) On October 16, 2007, the Clerk of Court entered default against Defendant. (Docket Item No. 9.) On October 23, 2007, the Court VACATED the Case Management Conference in light of the entry of default, anticipating that Plaintiffs would file their Motion for Default Judgment in accordance with the Federal Rules and Civil Local Rules. (Docket Item No. 10.)

To date, nearly three years later, Plaintiffs have failed to file its Motion for Default Judgment or otherwise communicate with the Court as to the status of this case. Accordingly, the Court DISMISSES this action for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

The Clerk shall close this file.

Dated: September 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sue Campbell suecampbell@att.net

**Dated: September 24, 2010**              **Richard W. Wieking, Clerk**

                                                   **By:   /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California